IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
ANGELINA COLON,

            Plaintiff,                                    CIVIL ACTION NO
vs.                                                     24-CV-887-JCH

HERSHA HOSPITALITY MANAGEMENT L.P.,
d/b/a MYSTIC MARRIOTT and IVAN ALBANO,
in his individual and professional capacities,

            Defendants.

                                                                 SEPTEMBER 10, 2024
-----------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

The Plaintiff ANGELINA COLON hereby gives notice that this action is voluntarily dismissed under FRCP 41(a)(1)(A)(i) with prejudice, without costs to against all of the Defendants HERSHA HOSPITALITY MANAGEMENT L.P., d/b/a MYSTIC MARRIOTT and IVAN ALBANO, in his individual and professional capacities, the Defendants have not appeared by counsel in this action, nor have they served responsive pleadings. Therefore, Plaintiff requests the Court to voluntarily dismiss the Plaintiff's complaint.

                                                   Respectfully submitted,

                     By:   *Christopher J. Berlingieri*
                          CHRISTOPHER J. BERLINGIERI, ESQ.(ct 30335)
                          BERLINGIERI LAW, PLLC
                          *Attorney for Plaintiff*
                          244 Fifth Avenue, Suite F276New York,
                          New York 10001
                          Tel.: (347) 766-5105
                          Fax: (914) 730-1044
                          Email: cjb@nyctlaw.com